UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

MARIE M. INCAMMISA,

       Plaintiff,                      Case No.1:07-CV-105

v.                                         Hon. Richard Alan Enslen

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
                                      /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of United States Magistrate Judge Ellen S. Carmody filed January 17, 2008 (Dkt. No. 13) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Commissioner of Social Security's Decision is **AFFIRMED** and Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** for the reason(s) stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                            /s/Richard Alan Enslen
February 11, 2008                                  Richard Alan Enslen
                                                             Senior United States District Judge